UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-244-1BR(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| JOSDANY BERNAL-SALINAS ) | |

The Grand Jury charges that:

On or about March 17, 2020, in the Eastern District of North Carolina, the defendant, JOSDANY BERNAL-SALINAS, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess ammunition, in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924.

[remainder of page intentionally left blank]

1

## FORFEITURE NOTICE

The defendant, JOSDANY BERNAL-SALINAS, is given notice of the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), that all of the defendant's interest in all property specified herein is subject to forfeiture. As a result of the foregoing offense alleged in the Indictment, the defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing commission of the offense, including, but not limited to, Blazer 9mm ammunition.

If any of the forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

[remainder of page intentionally left blank]

2

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

5/19/2020
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney