

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| U.S. Attorney's Office | Telephone (919) 856-4530 |
| 150 Fayetteville Street | Criminal FAX (919) 856-4487 |
| Suite 2100 | Civil FAX (919) 856-4821 |
| Raleigh, North Carolina 27601 | www.usdoj.gov/usao/nce |

## MEMORANDUM

DATE: May 19, 2020

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
United States Attorney

ATTN OF: SEBASTIAN KIELMANOVICH SK
Assistant United States Attorney

SUBJECT: UNITED STATES v. JOSDANY BERNAL-SALINAS
No. 5:20CR244 WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

SK:jk

cc: US Marshal Service
    US Probation Office