IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-000244-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| JOSDANY BERNAL-SALINAS | |

On 7 June 2021, this matter came before the court for arraignment, at which time defense counsel orally made a motion to continue. The court allowed that motion and continued arraignment and trial to the 12 July 2021 session. Because defense counsel newly assumed this case and needs additional time to prepare, the court finds that the ends of justice outweigh the best interests of the public and defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

This 7 June 2021.

_____
W. Earl Britt
Senior U.S. District Judge